# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lohier, Raymond J. | Second Circuit | 08/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Thurgood Marshall United States Courthouse
40 Foley Square, Room 2403
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | New York University Law School |
| 3. Adjunct Professor | New York University Law School |
| 4. Executive Committee | American Law Institute |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lohier, Raymond J.** | 08/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. 2019 | New York University School of Law - Teaching | $21,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. 2019 | City University of New York School of Law - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | January 17 - 18, 2019, May 19-22, 2019 | Philadelphia, PA, Washington, DC | Bar Association | Transportation, Meals, Hotel |
| 2. | Second Circuit Federal Bar Council | February 18 - 23, 2019 | Maui, HI | Bar Association | Transportation, Meals, Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lohier, Raymond J.** | 08/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lohier, Raymond J.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Century Growth Stock Fund | A | Dividend | K | T | | | | | |
| 2. American Century Ultra Stock Fund | A | Distribution | L | T | | | | | |
| 3. American Century Retirement Growth Stock Fund | A | Distribution | K | T | | | | | |
| 4. IRA AIG American Pathway (Annuity) | A | Int./Div. | K | T | | | | | |
| 5. Fidelity Asset MGR | A | Int./Div. | K | T | | | | | |
| 6. Fidelity Growth Co. | A | Dividend | M | T | | | | | |
| 7. Fidelity Worldwide Fund (Fidelity Roth IRA) | A | Dividend | L | T | | | | | |
| 8. Fidelity Retirement Money Market | A | Interest | K | T | | | | | |
| 9. Fidelity Investment Contract | A | Interest | J | T | | | | | |
| 10. Fidelity SIT MidCap Growth Fund | A | Interest | K | T | | | | | |
| 11. Fidelity Magellan | | None | M | T | | | | | |
| 12. Janus 20 Fund | C | Distribution | J | T | | | | | |
| 13. Janus Global Technology Fund | A | Distribution | J | T | | | | | |
| 14. Vanguard Growth Index Fund | A | Int./Div. | L | T | | | | | |
| 15. Vanguard Small Cap Index Fund | A | Int./Div. | L | T | | | | | |
| 16. Vanguard 500 Index Fund | A | Int./Div. | L | T | | | | | |
| 17. Vanguard Total Stock Market ETF mutual fund (Wachovia Roth IRA) | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lohier, Raymond J.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TIAA Cref Retirement Fund | A | Interest | O | T | | | | | |
| 19. T Rowe Price New Horizons Fund | C | Distribution | L | T | | | | | |
| 20. T Rowe Price International Stock Fund | A | Int./Div. | K | T | | | | | |
| 21. Vanguard Windsor 2 Fund | A | Int./Div. | L | T | | | | | |
| 22. Bank of America Common Stock | A | Dividend | J | T | | | | | |
| 23. Becton Dickinson & Co. common stock | A | Int./Div. | L | T | | | | | |
| 24. Chevron common stock | B | Dividend | K | T | | | | | |
| 25. Cisco, Inc. common stock | | None | J | T | | | | | |
| 26. Dow Chemical common stock | A | Dividend | J | T | | | | | |
| 27. Honeywell International Common Stock | A | Dividend | K | T | | | | | |
| 28. Intel Corp. common stock | A | Dividend | J | T | | | | | |
| 29. Microsoft Corp. common Stock | B | Dividend | M | T | Sold (part) | 07/29/19 | K | E | |
| 30. OGE Energy Corp. | B | Int./Div. | L | T | | | | | |
| 31. Time Warner Inc., common stockI | A | Dividend | J | T | | | | | |
| 32. Trust #1 | | None | O | W | | | | | |
| 33. FIrst Clearing LLC (X) | E | Dividend | K | T | | | | | |
| 34. Apple Inc. (X) | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lohier, Raymond J.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Corning Inc. (X) | A | Dividend | J | T | | | | | |
| 36. Prudential Financial Inc. (X) | A | Dividend | | | Sold | 07/29/19 | K | C | |
| 37. Qualcomm (X) | A | Dividend | | | Sold | 07/29/19 | J | A | |
| 38. Invesco Floating Rate Mutual Fund (X) | C | Dividend | M | T | | | | | |
| 39. Prudential Jenn Value Fund C (Mutual Fund) (X) | A | Distribution | | | Sold | 07/29/19 | L | A | |
| 40. Prudential Short Term Corporate Bond Fund (Mutual Fund) (X) | A | Dividend | | | Sold | 07/29/19 | L | A | |
| 41. Charter Communications | A | Dividend | J | T | | | | | |
| 42. Blackrock Muni 2020 Term Trust | B | Dividend | | | Sold | 7/30/19 | L | C | |
| 43. Fidelity Contrafund | A | Interest | L | T | | | | | |
| 44. Vanguard Target 2030 | A | Interest | L | T | | | | | |
| 45. Residio Technologies | | None | | | Sold | 07/29/19 | J | A | |
| 46. Advansix, Inc. | | None | | | Sold | 07/29/19 | J | A | |
| 47. Garrett Motion Inc. | | None | | | Sold | 07/29/19 | J | A | |
| 48. Blackrock Funds II Multi Asset Income Porftolio | C | Dividend | L | T | Buy | 07/30/19 | L | | |
| 49. Center Coast Brooklield Midstream Focus fund Class Y | B | Dividend | J | T | Buy | 07/30/19 | K | | |
| 50. Eaton Vance global Macro Absolute Return Fund Class I | B | Int./Div. | K | T | Buy | 07/30/19 | K | | |
| 51. Federated Equity Funds Strategic Value Dividend Fund | B | Int./Div. | K | T | Buy | 07/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lohier, Raymond J.** | 08/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Franklin Custodian Funds Income Service Adv CL AD | A | Dividend | K | T | Buy | 07/30/19 | K | | |
| 53. Goldman Sachs Finnancial Square Treasury Instrucments Fund | A | Dividend | J | T | Buy | 07/30/19 | J | | |
| 54. John Hancock Funds III Global SHarehiolder Yield Class I | B | Dividend | K | T | Buy | 07/30/19 | K | | |
| 55. JPMorgan Income Builder Fund Class I | B | Dividend | K | T | Buy | 07/30/19 | K | | |
| 56. Neuberger Berman Equity Income Funds Institutional Class | A | Dividend | K | T | Buy | 07/30/19 | K | | |
| 57. Nuveen Investment Funds Real Asset Income Fund | B | Dividend | K | T | Buy | 07/30/19 | K | | |
| 58. Principal Funds Inc. Global IDversifeid Income Fund | C | Dividend | L | T | Buy | 07/30/19 | L | | |
| 59. JPMorgan Treausrey Equity Income Fund | A | Dividend | J | T | Buy | 07/30/19 | K | | |
| 60. TDW Funds INc Emerging Markets Income Fund | A | Dividend | K | T | Buy | 07/30/19 | K | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lohier, Raymond J. | 08/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part I

"Trust #1 is an "unfunded trust" whose sole asset is a term life insurance policy.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond J. Lohier**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544